United States District Court
Southern District of Texas
**ENTERED**
May 30, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LLOYD E. KELLEY, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-23-0807 |
| RANDALL O. SORRELS, *et al.*, | § § § | |
| Defendants. | § | |

# ORDER

Pursuant to the status conference held May 13, 2025, the Court **ORDERS** as follows:

1. Sorrels's motion (Docket Entry No. 10) and amended motion (Docket Entry No. 11) to dismiss for lack of jurisdiction are **DENIED**.

2. Sorrels's motion (Docket Entry No. 10) and amended motion (Docket Entry No. 11) for summary judgment are **DISMISSED AS MOOT**. Sorrels's second amended motion for summary judgment (Docket Entry No. 17) remains pending before the Court.

3. The parties are **ORDERED** to comply with Federal Rule of Civil Procedure 26(f) and to file a Joint Discovery/Case Management Plan and Agreed Scheduling/Docket Control Order within **THIRTY DAYS** from date of this order.

Signed at Houston, Texas, on this the 29th day of May, 2025.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE